UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOSAM GHANEM,

Petitioner,

v.

KEVIN RAYCRAFT al.,

Respondents.

/

Case No. 1:26-cv-2359

Hon. Hala Y. Jarbou

**ORDER FOR RESPONSE**

On August 27, 2026, Petitioner, through counsel, filed a motion to compel the production of travel document for inspection. (ECF No. 5.) Petitioner requests a copy of the travel document issued by the Syrian Consulate for Petitioner.

Respondents shall, on or before the third business day after entry of this Order, file a response to the motion to compel, and explain whether a protective order may address any concerns of Respondents concerning the production of the document in question.

**IT IS SO ORDERED**.

Dated: September 4, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE